UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOSEPH JOHNSON, | No. 1:23-cv-00623-ADA-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE |
| v. | |
| WILSON, et al., | (ECF No. 10) |
| Defendants. | |

Plaintiff Phillip Johnson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending the action be dismissed without prejudice as duplicative of another case in the Eastern District of California, *Johnson v. Wilson, et al.*, Case No. 1:23-cv-00580-GSA. (ECF No. 10.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto must be filed within fourteen days. (*Id.* at 3.) Plaintiff filed no objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the

findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Court adopts the findings and recommendations issued on April 25, 2023, (ECF No. 10), in full;

2. This action is dismissed, without prejudice, as duplicative of *Johnson v. Wilson, et al.*, Case No. 1:23-cv-00580-GSA;

3. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), and motion for appointment of pro bono counsel, (ECF No. 3), are denied as moot; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 5, 2023

UNITED STATES DISTRICT JUDGE

2